# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2013 JAN 29 PM 2:24

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL GONZALEZ (2),<br><br>                  Defendant. | CASE NO. 13CR0303-AJB<br><br>BY _____<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

21:952 and 960; 18:2
_____

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 29, 2013

                                            Nita L. Stormes<br>                                            U.S. Magistrate Judge